GREEN *v.* SMITH.

The evidence warranted the verdict, and there was no error in deny‚ ing a new trial.                                   *Judgment affirmed.*

April 16, 1891.   Argued at the last term.

Levy and claim.   Before Judge McWHORTER.   Early superior court.   April term, 1893.

R. H. SHEFFIELD, by HARRISON & PEEPLES, for plaintiff in error.   R. H. POWELL & SON, *contra*.